# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ramon Jesus GOMEZ**<br>DOB: 1969; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-00464MJ |

Complaint for violations of:  Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(i)
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>:  On or about June 26, 2023, at or near Tucson, in the District of Arizona, **Ramon Jesus GOMEZ** did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(i).

<u>COUNT 2</u>:  On or about March 8, 2023, at or near Tucson, in the District of Arizona, **Ramon Jesus GOMEZ** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 26, 2023, a traffic stop of Ramon Jesus GOMEZ's vehicle was conducted for excessive speed.  GOMEZ was the driver and sole occupant of the vehicle.

A drug detection K-9 conducted a sniff of the exterior of GOMEZ's vehicle. The drug detection K-9 positively alerted to the odor of drugs coming from inside of GOMEZ's vehicle. Investigators then conducted a search of GOMEZ's vehicle.

Inside GOMEZ's vehicle, investigators found approximately 30 individually wrapped bundles of blue M-30 pills of suspected fentanyl weighing approximately 429 grams and approximately 10 bundles of a brown substance (which later tested positive for heroin) weighing approximately .18 kilograms.  The bundles were located in a black tool bag in the passenger compartment.  Investigators also located United States Currency in the center console of the vehicle, of various amounts and denominations (official count pending), which is consistent with the sale of illegal drugs. GOMEZ invoked his right to remain silent.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>*/s/ Ken Kish*<br>OFFICIAL TITLE<br>Special Agent Kenneth Kish |
|---|---|
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Eric J. Markovich* | DATE<br>June 27, 2023 |

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA: Kreamer Hope