GARY M. RESTAINO
United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jared.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

FILED

2023 JUL 26 AM 5:45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01118 TUC-SHR(MSA)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br>Ramon Jesus Gomez,<br>                Defendant. | I N D I C T M E N T<br><br>VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)<br>(Possession with Intent to Distribute Heroin)<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 26, 2023, at or near Tucson, in the District of Arizona, Ramon Jesus Gomez did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(i)(B)(i).

## COUNT 2

On or about June 26, 2023, at or near Tucson, in the District of Arizona, Ramon Jesus Gomez did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 26, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

PUBLIC DISCLOSURE

/s/
Jared Kreamer Hope
Assistant U.S. Attorney