# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Ramon Jesus Gomez,<br><br>    Defendant. | CR 23-01118-TUC-SHR (MSA)<br><br>ORDER |

The Court, having considered the Government Motion for Conflict-of-Interest Inquiry, [Doc. 23], under *Wood v. Georgia*, 450 U.S. 261, 269 (1981), and *Quintero v. United States*, 33 F.3d 1133 (9th Cir. 1994), **IT IS ORDERED:**

1. Henry Castillo, counsel for defendant Ramon Jesus Gomez, shall prepare and sign an affidavit stating either: (a) that the sole source of any fees is the defendant; or (b) setting forth the following information: (i) all information known to defense counsel concerning the direct and indirect source of any fees (herein "fee sources") received (or expected to be received) in connection with this case; and (ii) a description of any and all relationships between defense counsel and any and all fee sources, including a statement as to whether defense counsel has ever had an attorney-client relationship with any such fee sources. To the extent that attorney Henry Castillo believes that the requested information is legally privileged, he shall set forth the full basis underlying the asserted claim(s) of privilege in the affidavit.

2. The affidavit shall be filed within ten (10) days of this Order and shall be filed under seal and ex parte.

3. Upon reviewing the affidavit, the Court shall issue an Order determining whether a potential conflict of interest exists.

    a. If the Court determines that a potential conflict of interest does <u>not</u> exist, that shall end the inquiry.

    b. If the Court determines that a potential conflict of interest <u>does</u> exist, within ten (10) days, attorney Henry Castillo shall file a written notice, ex parte, under seal and signed by both defense counsel and the defendant, as to whether the defendant waives any such conflict of interest. The Court shall then issue an Order determining whether to accept the defendant's waiver.

Dated this 14th day of November, 2023.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge