# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01118-001-TUC-SHR (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Ramon Jesus Gomez, | |
| Defendant. | |

On November 16, 2023, counsel for Defendant Ramon Jesus Gomez filed a sealed declaration regarding the sources of fees he has received in connection with this case. The Court has reviewed the declaration and determined that no conflict of interest exists. This Order ends the conflict-of-interest inquiry.

**SO ORDERED**.

Dated this 8th day of February, 2024.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge