Henry J. Castillo
Attorney for Defendant
1100 Lomas Blvd, NW
Albuquerque, NM 87104
(602) 614-8237
henryjc13@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-23-01118-TUC-SHR (MSA) |
| Plaintiff, | |
| vs. | RESPONSE TO MOTION TO CONTINUE TRIAL AND PLEA DEADLINE |
| RAMON JESUS GOMEZ, | |
| Defendant | |

Defendant, Ramon Jesus Gomez, by and through Counsel, Henry J. Castillo, hereby concurs with the requested relief.

1. **DEFENDANT HEREBY STIPULATES** that he waives his rights to a speedy trial under 18 U.S.C. § 3161, to the extent that the period of time from March 26, 2024, to the next trial setting is excludable for the purposes of speedy trial calculations.

2. This requested continuance is in the best interest of justice and in the best interest of Mr. Gomez. This request is not for the purpose of delay or to gain an unfair advantage by either party to this action.

Dated this 20TH day of March 2024.

/s/Henry J. Castillo
Henry J. Castillo
Attorney for Defendant
1100 Lomas Blvd, NW
Albuquerque, NM 87104
(602) 614-8237
henryjc13@gmail.com

RESPONSE TO MOTION TO CONTINUE TRIAL AND PLEA DEADLINE - 1

RESPONSE TO MOTION TO CONTINUE TRIAL AND PLEA DEADLINE - 2